# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 23−13200−CMG
                        Chapter: 7
                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lauri Johnson
   6022 Ravens Crest Drive
   Plainsboro, NJ 08536

Social Security No.:
   xxx−xx−1303

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO FILE DOCUMENTS OR EXTEND TIME

    The debtor filed a petition on April 18, 2023 but failed to file the following documents required by Fed. R. Bankr. P. 1007:

        Summary of Assets/Liabilities and Stat Info – Individuals, Declaration About An Individuals Schedule, Statement of Financial Affairs For Individuals, Atty Disclosure Statement, Statement of Your Current Monthly Income (122A−1), Means Test Calculation (122A−2) – If Applicable, Stmt of Exemption From Presumption of Abuse (122A−1 Supp) – If Applicable, Schedules A/B,C,D,E/F,G,H,I,J,

    It is hereby ORDERED that:

    The debtor or debtor's attorney must appear at a hearing before the Honorable Christine M. Gravelle on:

Date: May 16, 2023
Time: 11:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    to show cause why the case should not be dismissed.

    If **all** required documents are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

    Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

    Unless all required documents are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

**IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.**

Dated: April 19, 2023

JAN: wdr

                                            <u>Christine M. Gravelle</u>
                                            United States Bankruptcy Judge